The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Franklin Taylor, s/k/a Franklin Wayne Taylor
   v. Commonwealth of Virginia
   Record No. 0956-11-2
   Opinion rendered by Judge Frank on
   October 23, 2012

2. Orlando Rondell Williams
   v. Commonwealth of Virginia
   Record No. 1031-11-2
   Opinion rendered by Judge Frank on
   October 23, 2012

3. Michael Tyrone Morgan
   v. Commonwealth of Virginia
   Record No. 1408-11-1
   Opinion rendered by Senior Judge Clements on
   October 23, 2012

4. Leon Elliott, Jr.
   v. Commonwealth of Virginia
   Record No. 1784-11-1
   Opinion rendered by Judge Kelsey on
   October 23, 2012

5. William Gabriel Starrs
   v. Commonwealth of Virginia
   Record No. 2516-11-4
   Opinion rendered by Chief Judge Felton on
   October 23, 2012

6. Tariq Rashad Amin
   v. County of Henrico
   Record No. 0861-11-2
   Opinion rendered by Judge Humphreys on
   October 31, 2012

7. <u>Dejuan Hodgins</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 0899-11-3
   Opinion rendered by Judge Beales on
   November 6, 2012

8. <u>Scott Edward Knight</u>
   v. <u>Commonwealth of Virginia</u>
   Record No. 0768-11-3
   Opinion rendered by Judge Beales on
   November 13, 2012

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jontreil Lamar Baker
   v. Commonwealth of Virginia
   Record No. 0162-11-1
   Opinion rendered by Judge Huff
     on November 29, 2011
   Affirmed (120252)

2. Brian Heath Doss
   v. Commonwealth of Virginia
   Record No. 1136-10-3
   Opinion rendered by Judge Huff
     on January 10, 2012
   Refused (120230)

3. Carey Addison Construction Company, Inc., et al.
   v. Gary Herndon
   Record No. 0943-11-3
   Opinion rendered by Judge Humphreys
     on February 7, 2012
   Refused (120629)

4. Chadwich Deshawn Price
   v. Commonwealth of Virginia
   Record No. 0192-11-3
   Opinion rendered by Judge Frank
     on March 13, 2012
   Refused (120608)

5. Tyrone Keith Duggins
   v. Commonwealth of Virginia
   Record No. 2200-10-4
   Opinion rendered by Judge Kelsey
     on March 20, 2012
   Refused (120682)

6. Debra S. Burke
   v. Catawba Hospital, et al.
   Record No. 1565-11-3
   Opinion rendered by Judge McCullough
     on March 20, 2012
   Refused (120652)

7. <u>Maria De Las Mercedes Tizon</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 1967-10-4
    Opinion rendered by Judge Kelsey
      on April 3, 2012
    Refused (120736)

8. <u>Lisa Michelle Hylton</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0055-11-3
    Opinion rendered by Senior Judge Willis
      on April 10, 2012
    Refused (120782)

9. <u>Sandra Lee Austin</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 1107-11-2
    Opinion rendered by Judge Humphreys
      on April 10, 2012
    Refused (120781)

10. <u>D.L.G.</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0725-11-1
    Opinion rendered by Chief Judge Felton
      on April 24, 2012
    Refused (120884)

11. <u>Wal-Mart and Insurance Company of the State of Pennsylvania</u>
    v. <u>Ashley L. Poorman</u>
    Record No. 2085-11-3
    Opinion rendered by Judge Alston
      on April 24, 2012
    Refused (120873)

12. <u>Michael Junior Bellamy</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 0199-11-4
    Opinion rendered by Chief Judge Felton
      on May 1, 2012
    Refused (120910)

13. <u>Netsanet Beshah</u>
    v. <u>Commonwealth of Virginia</u>
    Record No. 2070-10-4
    Opinion rendered by Judge Frank
      on May 8, 2012
    Refused (120942)

14.  Edwin Noe Garcia
        v. Commonwealth of Virginia
      Record No. 0343-11-4
       Opinion rendered by Judge McCullough
          on June 5, 2012
       Refused (121103)

15.  Michael Anthony Desposito
        v. Commonwealth of Virginia
      Record No. 0849-11-2
       Opinion rendered by Judge Frank
          on June 5, 2012
       Refused (121224)

16.  Matthew Thomas Bennett
        v. Commonwealth of Virginia
       Record No. 1803-11-1
       Opinion rendered by Judge Humphreys
          on August 21, 2012
       Dismissed pursuant to Rule 5:17(a)(2) (121598)

17.  Michael J. Klebak
        v. Commonwealth of Virginia
       Record No. 1806-11-1
       Opinion rendered by Judge Humphreys
          on August 21, 2012
       Dismissed pursuant to Rule 5:17(a)(2) (121598)

18.  Carl Jay Klein
        v. Commonwealth of Virginia
       Record No. 1807-11-1
       Opinion rendered by Judge Humphreys
          on August 21, 2012
       Dismissed pursuant to Rule 5:17(a)(2) (121598)

19.  Commonwealth of Virginia
        v. Charles Lordell Jefferson, Jr.
       Record No. 0012-12-4
       Opinion rendered by Chief Judge Felton
          on October 16, 2012
       Appeal withdrawn (no number assigned)